UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 20-96-DLB-CJS

GREATER CINCINNATI NORTHERN
KENTUCKY APARTMENT ASSOCIATION, et al.                    PLAINTIFFS

v.                                  **ORDER**

JOHN C. MIDDLETON, in his official capacity
as Circuit Clerk for the 16th Judicial Division, et al.        DEFENDANTS

\* \* \*   \* \* \*   \* \* \*   \* \* \*

The parties, by and through counsel, recently indicated to the presiding District Judge that they are agreeable to a court-facilitated settlement conference being conducted prior to setting a hearing on the motion for injunction. (*See* R. 9). Therefore, a telephone conference with counsel was held on July 20, 2020, to discuss scheduling of a settlement conference and the terms and conditions for said conference. Counsel having now confirmed with the undersigned's Chambers the availability of their clients and settlement representatives;

Accordingly, **IT IS ORDERED** as follows:

1.  A court-facilitated settlement conference will be held on **Thursday, July 30, 2020, starting at 9:30 a.m. EST**, at the U.S. Courthouse, 35 West Fifth Street, Room 375, in Covington, Kentucky. Counsel shall have their respective clients present in person at such conference, unless otherwise excused by the undersigned, and fully authorized to negotiate and approve a settlement in this matter.[1] The parties' attention in this regard is directed to *Lockhart v. Patel*, 115 F.R.D. 44

---

[1] If counsel is requesting that the client's and/or representative's in-person attendance be excused and another form of attendance/participation be permitted, counsel should note this in the position statement described in paragraph 2 and explain the circumstances giving rise to the request to excuse in-person attendance.

(E.D. Ky. 1987). Also, the designated client(s) attending the conference must be someone other than counsel of record.

      2. Counsel shall provide to the undersigned's Chambers (by email to Smith_Chambers@kyed.uscourts.gov) by the **close of business on July 24, 2020,** a confidential statement specifying the settlement position of counsel's client(s). This position statement must include the party's confidential evaluation of the case, including an assessment of the strengths and weaknesses relating thereto; the party's view of a fair and reasonable settlement position; and a summary of any prior settlement negotiations between the parties. This position statement must also identify the client(s) and/or party representative(s) who will be in attendance at the settlement conference. This document setting forth a party's settlement position shall <u>not</u> be filed with the Clerk of Court, nor provided to any other party; it is intended solely for the undersigned's use before and during the settlement conference.

      Dated this 22nd day of July, 2020.



Signed By:
<u>Candace J. Smith</u>
United States Magistrate Judge

J:\DATA\Orders\civil cov\2020\20-96-DLB order setting ADR.docx