1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  WAYNE K. SNODGRASS, State Bar #148137
   Deputy City Attorney
3  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
4  San Francisco, California 94102-4682
   Telephone:    (415) 554-4675
5  Facsimile:    (415) 554-4699
   E-Mail:       wayne.snodgrass@sfcityatty.org
6
   Attorneys for Respondents
7  CITY AND COUNTY OF SAN FRANCISCO and
   SAN FRANCISCO BOARD OF SUPERVISORS
8

**FILED**
San Francisco County Superior Court
AUG 3 - 2020
CLERK OF THE COURT
BY: _____
Deputy Clerk

9           SUPERIOR COURT OF THE STATE OF CALIFORNIA

10          COUNTY OF SAN FRANCISCO - UNLIMITED JURISDICTION

11
12  SAN FRANCISCO APARTMENT                    Case No. CPF-20-517136
    ASSOCIATION, SAN FRANCISCO
13  ASSOCIATION OF REALTORS,                   [PROPOSED] ORDER DENYING MOTION
    COALITION FOR BETTER HOUSING,              FOR PEREMPTORY WRIT OF MANDATE
14  SMALL PROPERTY OWNERS OF SAN               AND ORDER TO SHOW CAUSE
    FRANCISCO INSTITUTE,
                                               Hearing Date:    July 31, 2020
15       Petitioners,                          Hearing Judge:   Hon. Charles F. Haines
                                               Time:            9:30 a.m.
16       vs.                                   Place:           Dept. 501

17  CITY AND COUNTY OF SAN FRANCISCO,          Date Action Filed:    June 29, 2020
    a California municipal corporation, and SAN
18  FRANCISCO BOARD OF SUPERVISORS,

19       Respondents,

20  _____

21  EVICTION DEFENSE COLLABORATIVE, a
    California Nonprofit Corporation
22
         Intervenor.
23

24
25
26
27
28

[PROPOSED] ORDER - CASE NO. CPF-20-517136

**ORDER**

The motion for a peremptory writ of mandate and for an Order to Show Cause filed by petitioners San Francisco Apartment Association, San Francisco Association of Realtors, Coalition For Better Housing, and Small Property Owners of San Francisco Institute came on for hearing at 9:30 a.m. on July 31, 2020, in Department 501 of the San Francisco Superior Court, the Honorable Charles F. Haines presiding. Petitioners were represented by their counsel, Andrew Zacks. Respondents the City and County of San Francisco and the Board of Supervisors of the City and County of San Francisco were represented by their counsel, Deputy City Attorneys Wayne Snodgrass and Manu Pradhan. Intervenor Eviction Defense Collaborative was represented by its counsel, Robert DeVries.

This Court having considered the pleadings and papers filed by petitioners, respondents, and intervenor, and having considered the arguments of counsel presented at the hearing, hereby orders as follows:

Petitioners' motion is DENIED. Ordinance No. 93-20 is a permissible exercise of the City and County of San Francisco's police power to regulate the substantive grounds on which an owner of residential real property may seek to recover possession of residential property, and does not procedurally impair the summary eviction scheme set forth in the unlawful detainer statutes. It therefore is not preempted by those statutes. It also is not preempted by the California Emergency Services Act, which does not occupy the field of regulation of the substantive grounds for eviction or otherwise displace local governments' ability to regulate in that field under the police power. The ordinance does not compel any uncompensated physical occupation of property or otherwise give rise to a facial taking of property, and as a reasonable exercise of the police power to promote public welfare it does not facially violate the Contracts Clauses of the federal or California Constitutions.

IT IS SO ORDERED.

Dated: 8/3/2020

_____
The Honorable Charles F. Haines
Judge of the Superior Court