## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF KENTUCKY
### COVINGTON DIVISION

| | | |
|---|---|---|
| **GREATER CINCINNATI NORTHERN** | **:** | **Case No. 2:20-CV-00096** |
| **KENTUCKY APARTMENT ASSN.,** | | |
| **et. al.** | **:** | |
| | | |
| **v.** | **:** | |
| | | |
| **HON. ANDREW BESHEAR** | **:** | |

## JOINT STATUS REPORT

Pursuant to the Court's Order of September 9, 2020 [RE#47], the parties provide the following status report:

1. On September 8, 2020, a landlord filed suit in the United States District Court for the Northern District of Georgia, in a case styled *Brown v. Azar, et al.*, 1:20-CV-03702, which is assigned to Judge Boulee and raises various challenges to the CDC Eviction Order.

2. On September 18, 2020, other landlords and the National Apartment Association were added as additional Plaintiffs in that case via an Amended Complaint.

3. Also, on September 18, 2020, a Motion for a Preliminary Injunction was filed on behalf of the Plaintiffs, and the District Court entered a scheduling order that provided the Government Defendants until October 2, 2020, to file a response to that motion, and provided the Plaintiffs until October 16, 2020, to file a reply.  The Government Defendants filed their response on October 2, 2020.  Thus, the status of that case is continuing briefing by the parties.

4. On September 15, 2020, a group of landlords filed suit in the United States District Court for the District Western of Tennessee, in a case styled *Wogan Group LLC et al.*

*v. U.S. Dept. of Housing and Urban Development et al.*, 2:20-cv-02691, which was assigned to Judge Norris and raised various challenges to the CDC Eviction Order. On September 16, the case was dismissed without prejudice, in accordance with the Plaintiffs' Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a).

5.  Also, on September 16, some of the plaintiffs from *The Wogan Group LLC* lawsuit filed a new case with essentially the same claims in the United States District Court for the Western District of Tennessee, in a case styled *Tiger Lily LLC et al. v. U.S. Dept. of Housing and Urban Development et al.*, 2:20-cv-02692. On September 27, Plaintiffs filed a Motion and Application for Emergency Hearing and Preliminary Injunction.

Respectfully submitted,

/s/ Christopher Wiest_____
Christopher Wiest (KBA 90725)
Chris Wiest, Atty at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
513/257-1895 (c)
859/495-0803 (f)
chris@cwiestlaw.com

/s/ Alexander F. Edmondson
Alexander F. Edmondson (88406)
EDMONDSON & ASSOCIATES
28 West Fifth Street
Covington, KY 41011
859-491-5551 tel
859-491-0187 fax
aedmondson@edmondsonlaw.com
*Counsel for Plaintiffs*

2

*/s/* S. Travis Mayo
La Tasha Buckner
Senior Counsel
S. Travis Mayo
Chief Deputy General Counsel
Laura Tipton
Deputy General Counsel
Office of the Governor
700 Capitol Avenue, Suite 106
Frankfort, KY 40601
(502) 564-2611
LaTasha.Buckner@ky.gov
Travis.Mayo@ky.gov
Laurac.Tipton@ky.gov

Benjamin Long
General Counsel
Jacob C. Walbourn
Deputy General Counsel
Public Protection Cabinet
T. Chad Thompson
Deputy General Counsel
Kentucky Horse Racing Commission
Benjamin.Long@ky.gov
Jacob.Walbourn@ky.gov
Chad.Thompson@ky.gov

*Counsel for Governor Andrew Beshear*

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing, this 8th day of October, 2020, by filing a copy of the foregoing in the Court's CM/ECF system, which will provide notice to all parties of record.

/s/ Christopher Wiest_____
Christopher Wiest (KBA 90725)

3