UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| GREATER CINCINNATI NORTHERN KENTUCKY APARTMENT ASSN., et al. | : : : | Case No. 2:20-CV-00096 |
| v. | : | |
| HON. ANDREW BESHEAR | : | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of September 9, 2020 [RE#47], the parties provide the following status report:

1. On September 8, 2020, a landlord filed suit in the United States District Court for the Northern District of Georgia, in a case styled *Brown v. Azar, et al.*, 1:20-CV-03702, which is assigned to Judge Boulee and raises various challenges to the CDC Eviction Order.

2. On September 18, 2020, other landlords and the National Apartment Association were added as additional Plaintiffs in that case via an Amended Complaint.

3. Also on September 18, 2020, a Motion for Preliminary Injunction was filed on behalf of the Plaintiffs. The parties fully briefed the motion pursuant to a scheduling order entered by the court, and oral argument was held on October 20, 2020.

4. On October 29, 2020, the Court denied the Plaintiffs' Motion for Preliminary Injunction.[1] (Order attached hereto as Exhibit A.)

5. On September 15, 2020, a group of landlords filed suit in the United States District

---

[1] Plaintiffs have been informed that a Notice of Appeal and Motion for an Injunction Pending Appeal will be filed in this matter in the Eleventh Circuit Court of Appeals the week of November 8, 2020.

1

Court for the District Western of Tennessee, in a case styled *Wogan Group LLC et al. v. U.S. Dept. of Housing and Urban Development et al.*, 2:20-cv-02691, which was assigned to Judge Norris and raised various challenges to the CDC Eviction Order. On September 16, the case was dismissed without prejudice, in accordance with the Plaintiffs' Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a).

6. Also on September 16, some of the plaintiffs from *The Wogan Group LLC* lawsuit filed a new case with essentially the same claims in the United States District Court for the Western District of Tennessee, in a case styled *Tiger Lily LLC et al. v. U.S. Dept. of Housing and Urban Development et al.*, 2:20-cv-02692. On September 27, Plaintiffs filed a Motion and Application for Emergency Hearing and Preliminary Injunction.

7. On October 8, 2020, Plaintiffs filed an Amended Complaint for Declaratory Judgment, Vacatur, and Injunctive Relief.

8. The parties fully briefed Plaintiff's Motion and Application for Emergency Hearing and Preliminary Injunction pursuant to a scheduling order entered by the court, and a Preliminary Injunction Hearing was held on October 30, 2020. The matter has been taken under advisement, and an Order will be entered by the court.

9. On October 23, 2020, a group of landlords and the National Association of Home Builders filed suit in the United States District Court for the Northern District of Ohio, in a case styled *Skyworks, Ltd., et al. v. Centers for Disease Control and Prevention et al.*, 5:20-CV-04207, which is assigned to Judge Adams and raises various challenges to the CDC Eviction Order.

10. On November 2, 2020, Plaintiffs filed a Motion for Preliminary Injunction in the *Skyworks* matter.

Respectfully submitted,

/s/ Christopher Wiest (w/ permission)
Christopher Wiest (KBA 90725)
Chris Wiest, Atty at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
513/257-1895 (c)
859/495-0803 (f)
chris@cwiestlaw.com

/s/ Alexander F. Edmondson (w/ permission)
Alexander F. Edmondson (88406)
EDMONDSON & ASSOCIATES
28 West Fifth Street
Covington, KY 41011
859-491-5551 tel
859-491-0187 fax
aedmondson@edmondsonlaw.com
*Counsel for Plaintiffs*


*/s/* S. Travis Mayo
La Tasha Buckner
Senior Counsel
S. Travis Mayo
Chief Deputy General Counsel
Laura Tipton
Deputy General Counsel
Office of the Governor
700 Capitol Avenue, Suite 106
Frankfort, KY 40601
(502) 564-2611
LaTasha.Buckner@ky.gov
Travis.Mayo@ky.gov
Laurac.Tipton@ky.gov

Benjamin Long
General Counsel
Jacob C. Walbourn
Deputy General Counsel
Public Protection Cabinet

        T. Chad Thompson
        Deputy General Counsel
        Kentucky Horse Racing Commission
        Benjamin.Long@ky.gov
        Jacob.Walbourn@ky.gov
        Chad.Thompson@ky.gov

*Counsel for Governor Andrew Beshear*

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing, this 9th day of November, 2020, by filing a copy of the foregoing in the Court's CM/ECF system, which will provide notice to all parties of record.

        /s/ S. Travis Mayo
        S. Travis Mayo